# COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

(revised 4/19/2022)

### IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana_

_Evansville Division_

(Full name of plaintiff(s))

_David Michael Hodges_

_____

_____

v.

(Full name of defendant(s))

_Quality Correctional Care LLC_
_Dr. John Doe (It's either Dr. Stohl_
_or Stahl, I'm unsure)_
_Nursing Manager(s)_

_____

**FILED**

**07/01/2025**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

Case Number:

2:25-cv-00316-JPH-MKK

(to be supplied by clerk of court)

## A.    PARTIES

1.    Plaintiff is a citizen of _Indiana_, and is located at
(State)
_Wabash Valley Correctional_
_6908 S. Old U.S Hwy 41, Carlisle, IN 47838_
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant _Quality Correctional Care, L.L.C_
(Name)

is (if a person or private corporation) a citizen of _____ Indiana _____

(State, if known)

and (if a person) resides at 12900 N. Meridian St. #140, Carmel IN 46032

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

~~worked~~ works for Vanderburgh County Sheriff's Department 3500 N. Harlan Avenue, Evansville, IN 47711

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

On the morning of my 1/26/24 ventral hernia surgery, performed by Evansville Surgical Associates, I was moved from my two man cell located at B2G4 into a medical cell with another inmate. Following surgery, I was placed in a padded cell in the medical wing. Two days later, I was ordered by Sgt. Hicks & C.O Payne (Sgt. Payne Sr.'s son) to move back to general population or be placed in segregation. The length of recovery for ventral hernia surgery is six weeks. I was supposed to stay housed in medical until I fully recovered.

Complaint - 2

There is more on the back Page →

medical & custody staff to present evidence proving physical acts that cause me injury. They understood that placing me back in population following ventral hernia surgery was a risk to my health & safety.

While in booking, I had a very high fever. I notified a nurse during med pass (C.O Ndoye's mother) & was told to put in a sick call slip. I had to drink water for three days until the fever subsided. I was never taken back to Evans- ville Surgical Associates for a follow up visit following surgery. I also never received additional fiber to my diet to aid in my six weeks of recovery time.

As a result to being subjected to conditions by medical & custody staff I suffer from PTSD which compounds my adjustment anxiety & anti-social personality disorders which are the residual effects of my neurological condition congenital aqueductal stenosis & hydrocephalas that are documented through Deaconess Health Systems. I also have gastro intestinal issues & bloody stools from injuries sustained from intentional acts by inmates, medical & custody staff.

I also lost 50 days of good time credit & my custody level was raised resulting in my placement at Wabash Valley Correctional, a Level 4 facility.

on the top tier with an alleged New Years Eve/Day murder suspect.

I feared Attmeyer would unlock my door, allowing those inmates to assault me so I filled the Rubbermaid® trash can in the cell with shampoo & water and threw it underneath the door to make them get away from the door. I was taken out of the cell by F.T.O Stewart, C.O Attmeyer, Ndoye & Wilson among others.

* I was forced to walk up stairs, which again injured me, by custody staff. I once again had to tell custody staff I just had surgery & was placed in a two man cell by myself in BIG 5

When these chain of events caused by medical & custody staff occurred, I was only 8 days removed from ventral hernia surgery performed due to strangulation of the bowel. I didn't know how long I had in that cell by myself until custody staff placed another inmate in there to fight me so I got on the kiosk admitting I was a lesbian identifying as a woman. This was the only thing prompting custody staff to put me in a cell by myself in the booking part of the jail. I was written up for threatening & was found guilty by FTO Baumgartner 2/10/24.

Complaint - 3

There is more on the back page →

Custody staff tried placing me in a eight man cell on the top tier located at B2M3. I had to notify them I just had surgery in order to be placed in a two man cell on the bottom floor in a bottom bunk with another inmate in cell B2G6.

During morning rec on or about 2/2/24, C.O Bailey instructed another inmate housed in B2G1 to pick a fight with me inside the laundry room as I took my clothes out of the dryer. This inmate attempted to body slam me inside of the laundry room but I defended against it, hurting myself in the process.

On the afternoon of 2/3/24, C.O Altmeyer allowed an inmate to steal commissary that was given to me & placed outside of cell B2G6's door.

On the evening of 2/3/24 Altmeyer instructed an inmate housed in B2G6 to attack me during dinner tray pass. I avoided this attack by not coming out to put my dinner trash out from my kosher meal.

Later that evening of 2/3/24, while Altmeyer was running rec for inmates on the top tier, he instructed those inmates to approach cell B2G6 & threaten me. I was told by these inmates I would be jumped by inmates they knew on the bottom floor (B2G1, B2G2 & B2G3)

I asked via intercom if I could be moved back to medical where I was supposed to be to heal from surgery. Altmeyer ignored me continuing to allow inmates to threaten me at the cell door.

C.    JURISDICTION

[✓]    I am suing for a violation of federal law under 28 U.S.C. § 1331.
                    OR

[ ]    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
        different from the state citizenship of every defendant, and the amount of
        money at stake in this case (not counting interest and costs) is
        $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

I respectfully request this Court to
order Quality Correctional Care, L.L.C
to pay me damages in the amount of
$200,000.00 in *damages including all
court costs & fees for: (1) not housing me
in a medical cell by myself to recover &
(2)* not have a high fever from infection, (3) not
adding additional fiber in my diet during recovery
(4) & not scheduling a follow up w/ Evansville Surgical
Associates. (5) ordering my move back
to general population following ventral
hernia surgery performed due to strangulation
of the bowel.

Complaint - 4

* In violation of the Fourteenth Amendment
* I sustained a very high
fever for three days. The nurse refused to take my
temperature, while housed in booking.

E.    JURY DEMAND

☑    Jury Demand - I want a jury to hear my case
              OR

☐    Court Trial – I want a judge to hear my case

Dated this 27th day of June 20 25.

Respectfully Submitted,

_____
Signature of Plaintiff

#134996
_____
Plaintiff's Prisoner ID Number

Wabash Valley Correctional
6908 S. Old U.S Hwy 41, Carlisle, IN 47838
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.    OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

Complaint - 5

**FILING FEE**

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.